160 A.3d 776

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Noel CUEVAS, Petitioner**

No. 306 MAL 2016

Supreme Court of Pennsylvania.

November 1, 2016

362

**ORDER**

PER CURIAM

**AND NOW**, this 1st day of November, 2016, the Petition for Allowance of Appeal is **DENIED.**